1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ROBERT J. ARTUZ
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:21-CR-237-KJM
12 |            Plaintiff,            | STIPULATION AND [PROPOSED] ORDER
   |                                  | CONTINUING INITIAL APPEARANCE AND
13 |     v.                           | WAIVER OF INDICTMENT
14 | OLAMIDE YUSUF BAKARE,            | DATE: December 13, 2021
   |                                  | TIME: 2:00 p.m.
15 |            Defendant.            | COURT: Hon. Deborah Barnes

16

17       Plaintiff United States of America, by and through its attorney of record, Special Assistant U.S.

18 Attorney ROBERT J. ARTUZ, and Defendant OLAMIDE YUSUF BAKARE, both individually and by

19 and through his counsel of record, CANDICE L. FIELDS, hereby stipulate as follows:

20       1.    The Complaint in this case was filed on July 12, 2021, charging Bakare with one count of

21 conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349. Bakare first appeared before a

22 judicial officer of the District of Maryland on or about July 16, 2021, and is currently detained. He is

23 scheduled to waive indictment and make an initial appearance on the Complaint on December 13, 2021.

24       By this stipulation, the parties jointly move to set the initial appearance and waiver of indictment

25 on December 15, 2021 at 2:00 p.m., before the duty Magistrate Judge. The parties stipulate that the

26 delay is required to allow the defense reasonable time for preparation for this hearing.

27       IT IS SO STIPULATED.

28

| | |
|---|---|
| Dated: December 13, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | |
| | /s/ ROBERT J. ARTUZ<br>ROBERT J. ARTUZ<br>Special Assistant U.S. Attorney |
| | |
| Dated: December 13, 2021 | /s/ CANDICE L. FIELDS<br>CANDICE L. FIELDS<br>Counsel for Defendant<br>OLAMIDE YUSUF BAKARE |

STIPULATION

2

1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ROBERT J. ARTUZ
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:21-MJ-112-CKD
12 |                      Plaintiff,  | ORDER CONTINUING INITIAL APPEARANCE
                                      | AND WAIVER OF INDICTMENT
13 |            v.                    |
                                      | DATE: December 13, 2021
14 | OLAMIDE YUSUF BAKARE,            | TIME: 2:00 p.m.
                                      | COURT: Hon. Deborah Barnes
15 |                      Defendant.  |

16

17     The Court has read and considered the Stipulation for Order Continuing Initial Appearance and

18 Waiver of Indictment, filed by the parties in this matter on December 13, 2021. The Court hereby finds

19 that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause

20 for an extension of time for Initial Appearance and Waiver of Indictment.

21     THEREFORE, FOR GOOD CAUSE SHOWN:

22     1.   The date of the Initial Appearance and Waiver of Indictment is extended to December 15,

23          2021 at 2:00 p.m.

24 ////

25 ////

26 ////

27 ////

28

[PROPOSED] FINDINGS AND ORDER                    1

2. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: December 13, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE