UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
April 27, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OLAMIDE YUSUF BAKARE,<br><br>Defendant. | Case No. 2:21-cr-00237-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  OLAMIDE YUSUF BAKARE , Case No.  2:21-cr-00237-KJM  Charge 18 USC § 1349 , from custody for the following reasons:

        \_\_\_\_\_ Release on Personal Recognizance

        \_\_\_\_\_ Bail Posted in the Sum of $ _____

              \_\_\_\_\_ Unsecured Appearance Bond $ _____

              \_\_\_\_\_ Appearance Bond with 10% Deposit

              \_\_\_\_\_ Appearance Bond with Surety

              \_\_\_\_\_ Corporate Surety Bail Bond

              __X__ (Other):  The defendant's release will be delayed until 04/28/2022 at 9:00 AM.

Issued at Sacramento, California on April 27, 2022, at 3:35 PM.

By: _/s/ Allison Claire_

Magistrate Judge Allison Claire