CANDICE L. FIELDS
CANDICE FIELDS LAW
520 Capitol Mall, Suite 750
Sacramento, CA 95814
Telephone:  (916) 414-8050
Facsimile:   (916) 790-9450

Attorneys for Defendant
OLAMIDE BAKARE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:21-CR-237-KJM |
|---|---|
| Plaintiff, | REQUEST AND [~~PROPOSED~~] ORDER FOR TRANSPORTATION ORDER PURSUANT TO 18 U.S.C. §4285 |
| v. | |
| OLAMIDE YUSUF BAKARE, | |
| Defendant. | Judge: Hon. Allison Claire |

## BACKGROUND

Olamide Bakare is one of three defendants in *United States v. Adeyinka, et al.*, now pending in this Court as Case No. 2:21-CR-00237-KJM. Mr. Bakare has waived Indictment and has been charged by way of Information with a single count of conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349. ECF No. 35. Mr. Bakare was out of custody and residing in Maryland at the time of his arrest.

On July 16, 2021, he made an initial appearance in the District of Maryland at which he was ordered temporarily detained.  On July 21, 2021, a detention hearing was held wherein detention was ordered by agreement. It took several months to complete his transfer.  On September 20, 2021, Mr. Bakare made his initial appearance in the Eastern District of California.  The government moved for Mr. Bakare's detention pursuant to 18 U.S.C. § 3142(f)(1). The defense submitted on detention. The Court ordered the defendant detained pending future proceedings (order without prejudice). ECF Nos. 26, 28.

On April 26, 2022, a bail hearing was held before Judge Claire. ECF No. 59. On April 27, 2022, a continued bail hearing was held before Judge Claire. Mr. Bakare was ordered released from custody to reside with his third-party custodian in Laurel, Maryland. Due to his arrest, he is unemployed at this time. He is unable to pay for airfare to Baltimore/Washington International Airport (closest to Laurel), especially on such short notice.

It is anticipated that Mr. Bakare will be released from custody tonight, April 27, 2022, and available to travel on April 28, 2022.

## LAW

If the Court finds that the defendant is "financially unable to provide the necessary transportation to appear before the required court on his own," then the Court may order the U.S. Marshal Service to arrange for the person's noncustodial transportation to appear in court. *See* 18 U.S.C. § 4285. This statute applies where a defendant is released in one district on a condition of her subsequent appearance "another judicial district in which criminal proceedings are pending." 18 U.S.C. §4285. However, historically, in this District, this funding has also been used to provide one-time transportation upon a defendant's release from custody to the district where he will reside.

## REQUEST

The facts presented indicated that Mr. Bakare would not be able to pay for the cost of transportation to Laurel, Maryland, where he has been ordered to reside. Accordingly, Mr. Bakare requests that this Court order payments pursuant to 18 U.S.C. §4285 for transportation from Sacramento, California to Laurel, Maryland. Pretrial Services has been given a copy of this request.

A hearing on this matter is not requested.

Dated: April 27, 2022

                 Respectfully submitted,

                 /s/ Candice L. Fields
                 Attorney for Defendant
                 OLAMIDE YOSUF BAKARE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-237-KJM |
|---|---|
| Plaintiff, | REQUEST AND [~~PROPOSED~~] ORDER FOR TRANSPORTATION ORDER PURSUANT TO 18 U.S.C. §4285 |
| v. | |
| OLAMIDE YUSUF BAKARE, | |
| Defendant. | Judge: Hon. Allison Claire |

**TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA**

This is to authorize and direct you to furnish the above-named defendant, Olamide Yusuf Bakare, with transportation from Sacramento, California, to Laurel, Maryland, on or around April 28, 2022, upon his release from custody. This order includes airfare as well as ground transportation from the District Court in Sacramento to the closest commercial airport near Laurel, Maryland. Mr. Bakare will also need transportation to his ordered residence in Laurel, Maryland.

This order is authorized pursuant to 18 U.S.C. §4285.

IT IS SO ORDERED.

Dated: April 27, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3