CANDICE L. FIELDS
CANDICE FIELDS LAW
520 Capitol Mall, Suite 750
Sacramento, CA 95814
Telephone:  (916) 414-8050
Facsimile:   (916) 790-9450

Attorneys for Defendant
OLAMIDE BAKARE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:21-CR-237-KJM |
|---|---|
| Plaintiff, | **AMENDED REQUEST AND [PROPOSED] ORDER FOR TRANSPORTATION ORDER PURSUANT TO 18 U.S.C. §4285** |
| v. | |
| OLAMIDE YUSUF BAKARE, | |
| Defendant. | Judge: Hon. Allison Claire |

### BACKGROUND

Olamide Bakare is one of three defendants in *United States v. Adeyinka, et al.*, now pending in this Court as Case No. 2:21-CR-00237-KJM. Mr. Bakare has waived Indictment and has been charged by way of Information with a single count of conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349. ECF No. 35. Mr. Bakare was out of custody and residing in Maryland at the time of his arrest.

On July 16, 2021, he made an initial appearance in the District of Maryland at which he was ordered temporarily detained.  On July 21, 2021, a detention hearing was held wherein detention was ordered by agreement. It took several months to complete his transfer.  On September 20, 2021, Mr. Bakare made his initial appearance in the Eastern District of California.  The government moved for Mr. Bakare's detention pursuant to 18 U.S.C. § 3142(f)(1). The defense submitted on detention. The Court ordered the defendant detained pending future proceedings (order without prejudice). ECF Nos. 26, 28.

On April 26, 2022, a bail hearing was held before Judge Claire. ECF No. 59. On April 27, 2022, a continued bail hearing was held before Judge Claire. Mr. Bakare was ordered released from custody to reside with his third-party custodian in Laurel, Maryland. ECF No. 61.

Due to his arrest, he is unemployed at this time. He is unable to pay for airfare and subsistence to Baltimore/Washington International Airport (closest to Laurel) on such short notice.

Mr. Bakare was released from custody on April 28, 2022, and available to travel as soon as possible.

## LAW

"On the release from custody of a person arrested on a charge of violating any law of the United States or the Territory of Alaska, […], or indicted or informed against but not convicted, and detained pursuant to chapter 207, […], the court in its discretion may direct the United States marshal for the district wherein he is released, […] to furnish the person so released with transportation and subsistence to the place of his arrest, or, at his election, to the place of his bona fide residence if such cost is not greater than to the place of his arrest." 18 U.S.C. §4282.

## REQUEST

The facts presented indicate that Mr. Bakare would not be able to pay for the cost of transportation to Laurel, Maryland, where he was both arrested and has been ordered to reside (his bona fide residence). Accordingly, pursuant to 18 U.S.C. §4282, Mr. Bakare requests that this Court order order the United States marshal for this district to furnish Mr. Bakare with transportation and subsistence to Laurel, Maryland. Pretrial Services has been given a copy of this request.

<u>A hearing on this matter is not requested.</u>

Dated: April 28, 2022

                              Respectfully submitted,

                              <u>/s/ Candice L. Fields</u>
                              Attorney for Defendant
                              OLAMIDE YOSUF BAKARE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>OLAMIDE YUSUF BAKARE,<br><br>　　　　　　　Defendant. | CASE NO. 2:21-CR-237-KJM<br><br>**AMENDED REQUEST AND [~~PROPOSED~~] ORDER FOR TRANSPORTATION ORDER PURSUANT TO 18 U.S.C. §4285**<br><br>Judge: Hon. Allison Claire |

**TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA**

　　This is to authorize and direct you to furnish the above-named defendant, Olamide Yusuf Bakare, with <u>transportation and subsistence</u> from Sacramento, California, to Laurel, Maryland, on or around April 28, 2022, or as soon thereafter as possible.

　　This order is authorized pursuant to 18 U.S.C. §4282.

　　IT IS SO ORDERED.

Dated: April 28, 2022

　　　　　　　　　　　　　　　　　　　　_/s/ Allison Claire_
　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3