PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
AUDREY B. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>OLAMIDE YUSUF BAKARE,<br><br>            Defendant. | CASE NO. 2:21-CR-0237 DAD-3<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: January 17, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the above-captioned defendant, by and through his respective counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea on January 17, 2023, with the Honorable Dale A. Drozd.

2. By this stipulation, Defendant Olamide Yusuf Bakare now moves to continue the hearing to January 18, 2023, at 9:30 a.m. The defendant and the government (the "parties") also jointly move to exclude time between January 17, 2023, and January 18, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 36,700 items and pages of law enforcement reports, EDD records, bank records, witness statements, photographs, audio recordings, search warrant items, fraud loss reports,

images of debit cards, ATM footage, cellular phone extractions, and criminal histories.  The discovery also includes Cellebrite reports for the cellular phones of all three defendants.  All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      Counsel for defendant desires additional time to consult with her client, to review the current charges, to conduct investigation and research related to the charges, to review discovery for this matter, to discuss potential resolutions with her client, and to otherwise prepare for trial.  Much of these efforts have been difficult and delayed given the COVID-19 pandemic across the country and the distance between all three defendants and their counsel.  For example, Defendant Bakare resides in or near Maryland, whereas his counsel resides in the Eastern District of California.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 17, 2023 to January 18, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 10, 2023                         PHILLIP A. TALBERT
                                                 United States Attorney

                                                 /s/ DENISE N. YASINOW
                                                 DENISE N. YASINOW
                                                 Assistant United States Attorney

Dated:  January 10, 2023                         /s/ CANDICE FIELDS
                                                 CANDICE FIELDS
                                                 Counsel for Defendant
                                                 OLAMIDE YUSUF BAKARE

**ORDER**

IT IS SO ORDERED.

Dated:  **January 10, 2023**                     _____
                                                 UNITED STATES DISTRICT JUDGE