CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
400 Capitol Mall, Suite 1620
Sacramento, CA 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450

Attorneys for Defendant
OLAMINDE BAKARE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-237-KJM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| OLAMIDE YUSUF BAKARE, | Judge: Kendall J. Newman |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A, Talbert, United States Attorney, through Assistant United States Attorney Audrey Hemesath, attorney for Plaintiff, and Candice L. Fields, attorney for Olamide Yusuf Bakare, that the defendant's Special Conditions of Release, ECF No. 62, may be modified as follows: Condition No. 15 – Home Detention may be terminated.

Pretrial Services, through Officer Darryl Walker, does not object to the termination of Condition No. 15 – Home Detention.

Dated: January 20, 2023

                Respectfully submitted,

                /s/ Candice L. Fields
                Attorney for Defendant
                OLAMINDE YOSUF BAKARE

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The court orders the pretrial release conditions be changed to reflect the termination of Condition No. 15 – Home Detention.

Dated:  January 23, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE