PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>                v.<br><br>OLAMIDE YUSUF BAKARE,<br><br>                         Defendant. | CASE NO.  2:21-CR-0237 DAD<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>DATE: April 25, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. Dale A. Drozd |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      Sentencing is currently set for April 25, 2023.  ECF 128.

2.      For various reasons, including the United States' attempt to contact all victims in the matter pursuant to the Crime Victim Rights Act, the parties respectfully request that the judgment and sentencing in this matter be continued to June 6, 2023.

3.      The parties propose the following PSR deadlines:

| | |
|---|---|
| Judgment and Sentencing Date: | June 6, 2023 |
| Reply, or Statement of Non-Opposition: | May 30, 2023 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | May 23, 2023 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | May 16, 2023 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | May 9, 2023 |
| The draft Presentence Report shall be disclosed to counsel no later than: | May 2, 2023 |

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Dated:  April 10, 2023              PHILLIP A. TALBERT
                                       United States Attorney

2

3                                      /s/ DENISE N. YASINOW
                                       DENISE N. YASINOW
4                                      Assistant U.S. Attorney

5

6  Dated:  April 10, 2023              /s/ CANDICE FIELDS
                                       CANDICE FIELDS
7                                      Counsel for Defendant
                                       OLAMIDE YUSUF BAKARE
8
   / / /
9
   / / /
10
   / / /
11
   / / /
12
   / / /
13
   / / /
14
   / / /
15
   / / /
16
   / / /
17
   / / /
18
   / / /
19
   / / /
20
   / / /
21
   / / /
22
   / / /
23
   / / /
24
   / / /
25
   / / /
26
   / / /
27
   / / /
28

STIPULATION AND ORDER TO CONTINUE JUDGMENT
AND SENTENCING                                    3

1

**ORDER**

2        IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3   stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4        IT IS SO ORDERED.

5   Dated:   **April 10, 2023**

6                                                    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28