1  PHILLIP A. TALBERT
   United States Attorney
2  DENISE N. YASINOW
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           CASE NO.  2:21-CR-0237 DAD-3

12                    Plaintiff,        STIPULATION AND ORDER TO CONTINUE
                                        JUDGMENT AND SENTENCING
13          v.
                                        DATE: June 6, 2023
14  OLAMIDE YUSUF BAKARE,               TIME: 9:00 a.m.
                                        COURT: Hon. Dale A. Drozd
15                    Defendant.

16

17
          Plaintiff United States of America, by and through its counsel of record, and defendant, by and
18
   through defendant's counsel of record, hereby stipulate as follows:
19
          1.      Sentencing is currently set for June 6, 2023, via videoconferencing.  ECF 141.
20
          2.      For various reasons, including the May 10th expiration of CARES Act authorization for
21
   videoconferencing technology and the United States' ongoing attempt to contact victims in the matter,
22
   the parties respectfully request that the hearing in this matter be continued to July 25, 2023, at 9:30 a.m.,
23
   for in-person judgment and sentencing.
24
          3.      The parties propose the following PSR deadlines:
25

26

27

28

STIPULATION AND ORDER TO CONTINUE JUDGMENT          1
AND SENTENCING

| | |
|---|---|
| Judgment and Sentencing Date: | July 25, 2023 |
| Reply, or Statement of Non-Opposition: | July 18, 2023 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | July 11, 2023 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | July 5, 2023 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | June 27, 2023 |
| The draft Presentence Report shall be disclosed to counsel no later than: | June 13, 2023 |

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Dated:  April 25, 2023

PHILLIP A. TALBERT
United States Attorney


/s/ DENISE N. YASINOW
DENISE N. YASINOW
Assistant U.S. Attorney


Dated:  April 25, 2023

/s/ CANDICE FIELDS
CANDICE FIELDS
Counsel for Defendant
OLAMIDE YUSUF BAKARE

/ / /

/ / /

/ / /

/ / /

/ / /

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  **April 26, 2023**

_____
UNITED STATES DISTRICT JUDGE