PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
DENISE N. YASINOW
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OLAMIDE YUSUF BAKARE,<br><br>Defendant. | 2:21-CR-00237-DAD<br><br>*AMENDED* PRELIMINARY ORDER OF FORFEITURE |

Based upon the Motion and Application for a Preliminary Order of Forfeiture filed by the United States of America, and for the reasons stated at bar, it is hereby ORDERED, ADJUDGED and DECREED:

1. The Information in this case charged defendant Olamide Yusuf Bakare with Conspiracy to Commit Wire Fraud in violation of 18 U.S.C. § 1349.  Olamide Yusuf Bakare's plea agreement included a forfeiture section wherein he agreed to forfeit any and all property connected to his fraud scheme, including several enumerated assets that had been previously seized by the FBI and were in the government's custody.

2. On or about January 3, 2023, defendant Olamide Yusuf Bakare pleaded guilty to Conspiracy to Commit Wire Fraud, the single count of the Information.  *See* Dkt. 112.

3. On July 11, 2023, the United States filed a Motion and Application for Preliminary Order of Forfeiture to forfeit: Real Property located at 11, Ken Ubah Close, Agungi, Lekki, Lagos State.

4. Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), defendant Olamide Yusuf Bakare's interest in the following property is hereby condemned and forfeited to the United States, to be disposed of according to law:

    a. Real Property located at 11, Ken Ubah Close, Agungi, Lekki, Lagos State.

5. The above-listed property constitutes or is derived from proceeds traceable to or obtained directly or indirectly, as a result of a violation of 18 U.S.C. § 1349 as represented by defendant Olamide Yusuf Bakare 's guilty plea to Information. *See* Docket 112.

6. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

7.     a. Pursuant to 28 U.S.C. § 2461(c) incorporating 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

8. The United States is authorized to conduct appropriate discovery and to conduct any necessary ancillary proceedings as provided by 21 U.S.C. § 853(n) as to the rights of third parties who may have an interest in the property forfeited herein.

*Amended* Preliminary Order of Forfeiture

9. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **July 25, 2023**

_____
UNITED STATES DISTRICT JUDGE