PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OLAMIDE YUSUF BAKARE,<br><br>　　　　Defendant. | 2:21-CR-000237-DAD-3<br><br>FINAL ORDER OF FORFEITURE |

On or about July 26, 2023, this Court entered an *Amended* Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Olamide Yusuf Bakare and the Motion and Application for a Preliminary Order of Forfeiture filed by the United States of America forfeiting to the United States the following property:

　　　　a.　　Real Property located at 11, Ken Ubah Close, Agungi, Lekki, Lagos State, Nigeria.

Beginning on August 3, 2023, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by Federal Express International to the following individual known to have a potential interest in the above-described property:

  a. Aderonke Olamide Bakare: A notice letter was sent via Federal Express to Aderonke Olamide Bakare aka Aderonke Olamide Dauda at 11, Ken Ubah Close, Agungi, Lekki, Lagos State, Nigeria on August 30, 2023.  Federal Express attempted delivery of the notice letter several times between September and November of 2023, without success.  In addition to providing Federal Express with the phone number for Aderonke Olamide Bakare, the government also provided Federal Express with additional phone numbers for two siblings of defendant Bakare in Nigeria to contact regarding delivery of the notice letter.  As of January 17, 2024, FedEx tracking said the scheduled delivery was pending but no scheduled delivery date was available.  The notice letter has not been returned to the government.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), including all right, title, and interest of Olamide Yusuf Bakare and Aderonke Olamide Bakare.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **July 3, 2024**

           DALE A. DROZD
           UNITED STATES DISTRICT JUDGE