PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff/Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Respondent,<br><br>　　v.<br><br>OLAMIDE YUSUF BAKARE,<br><br>　　　　　　　Movant. | CASE NO. 2:21-CR-00237-DAD CSK<br><br>ORDER GRANTING EXTENSION OF TIME |

　　　Movant is proceeding, without counsel, with a motion pursuant to 28 U.S.C. § 2255. On September 20, 2024, Respondent requested an extension of time to file a response to Movant's motion.

　　　Good cause appearing, IT IS HEREBY ORDERED that Respondent's request for an extension of time (ECF No. 220) is granted. Respondent's response to movant's motion is now due November 26, 2024.

Dated: September 23, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Bak237.eot

2

[PROPOSED] ORDER