PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff/Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> OLAMIDE YUSUF BAKARE, <br><br> Defendant. | CASE NO. 2:21-cr-0237 DAD CSK P <br><br> [PROPOSED] ORDER GRANTING SECOND EXTENSION OF TIME |

    Movant is proceeding, without counsel, with a motion pursuant to 28 U.S.C. § 2255. On November 18, 2024, respondent requested a second extension of time to file its response or opposition to defendant Bakare's *pro se* 28 U.S.C. § 2255 motion.

    IT IS HEREBY ORDERED that respondent's request for a second extension of time (ECF No. 225) is granted. Respondent shall file its response or opposition on or before January 22, 2025.

Dated: November 19, 2024

                                                        CHI SOO KIM
                                                        UNITED STATES MAGISTRATE JUDGE

/1/baka0237.eot2