MICHELE BECKWITH
Acting United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff/Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Respondent,<br><br>　　v.<br><br>OLAMIDE YUSUF BAKARE,<br><br>　　　　　　　Movant. | CASE NO. 2:21-CR-0237 DAD CSK<br><br>[PROPOSED] ORDER GRANTING EXTENSION OF TIME |

　　　　Movant is proceeding, without counsel, with a motion pursuant to 28 U.S.C. § 2255. On January 18, 2025, respondent requested a third extension of time to file its response or opposition to movant Bakare's *pro se* 28 U.S.C. § 2255 motion. (ECF No. 215.)

　　　　Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. Respondent's motion for an extension (ECF No. 227) is granted; and

　　　　2. Respondent shall file its response or opposition on or before February 21, 2025.

Dated: January 22, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHI SOO KIM
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/1/baka0237.eot3