UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>OLAMIDE YUSUF BAKARE,<br><br>Movant. | No. 2:21-cr-0237 DAD CSK P<br><br><br><br>ORDER |

Movant is a federal prisoner proceeding without counsel with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On May 15, 2025, movant filed a document styled, "Motion to Show Good Cause." (ECF No. 230.) Movant claims he did not receive any of the respondent's three extensions of time, or an opposition to his motion, if one was filed, or a fourth request for extension of time, if one was filed. (Id.) Oddly, movant did receive copies of the three orders granting respondent extensions of time. (Id.)

Movant did not object to the alleged failure to receive an extension of time shortly after the Court granted the first request on September 23, 2024. (ECF No. 221.) Indeed, movant did not timely object following the issuance of any of the three orders granting extensions of time. Further, movant waited another three and a half months after respondent was granted an extension of time to file the instant motion.

///

1

1       The Court has reviewed respondent's certificates of service for the motions for extensions of time.  The only anomaly noted is that the address listed "FCP" instead of "FPC" for Federal Prison Camp.  (ECF Nos. 220 at 3; 225 at 3; 227 at 3.)  In all other respects, the certificates contained movant's proper inmate identification number, and the correct mailing address:  P.O. Box 1000, White Deer, PA 17887.  (Id.)  The certificate of service appended to respondent's opposition to the pending motion reflected the proper "FPC" as well as the correct mailing address.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

      Therefore, to the extent movant intended to challenge the orders granting respondent extensions of time to file an opposition to the pending motion, the Court finds that any such challenge is untimely.  Although movant claims he did not receive a copy of the motion for extension of time, he acknowledges he received the Court's orders granting such extensions.  Yet, he did not timely object after receipt of such orders.

      As to respondent's opposition to the pending motion, despite the untimeliness of movant's notice of nonreceipt, the Court will direct the Clerk to send movant a copy of the opposition and grant, nunc pro tunc, an extension of time to file a reply.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The "Motion to Show Good Cause" (ECF No. 230), is partially granted;

      2. The Clerk of the Court is directed to send movant a copy of respondent's opposition (ECF No. 229);

      3. Petitioner is granted an extension of time, nunc pro tunc, to file a reply; and

      4. Petitioner may file a reply within thirty days from the date of this order.

Dated:  May 22, 2025

                                                    CHI SOO KIM  
                                                    UNITED STATES MAGISTRATE JUDGE

/1/baka0237.eot