IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>OLAMIDE YUSUF BAKARE,<br><br>    Defendant. | Criminal Case No. 2:21-CR-00237-DAD-CSK<br><br>**ORDER GRANTING UNITED STATES' MOTION TO APPLY ASSETS TO CRIMINAL MONETARY PENALTIES** |

On August 22, 2025, the United States filed a Motion to Apply Assets to Criminal Monetary Penalties, requesting that the Court enter an Order directing the Federal Bureau of Investigation to turnover $5,859.00 to the Clerk of the Court, to be applied to Defendant's criminal monetary penalties.

Having carefully reviewed the file, and for good cause appearing, IT IS HEREBY ORDERED THAT the Federal Bureau of Investigation shall turn over $5,859.00 to the Clerk of the Court and that, upon receipt, the Clerk of the Court shall apply the funds to defendant's outstanding criminal monetary penalties.

IT IS SO ORDERED.

Dated:  **August 22, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE